[No. 43766-0-II.   Division Two.   December 20, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. M.A., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-8-00203-1, Andra Blondin, J. Pro Tem., entered June 26, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 66709-2-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR ALEMAN CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-04270-8, Douglass A. North, J., entered January 26, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Cox, J.

[Nos. 67776-4-I; 69299-2-I.   Division One.   December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYCE NATHAN HUBER, *Appellant*.

*In the Matter of the Personal Restraint of* BRYCE NATHAN HUBER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07310-1, Joan E. DuBuque, J., entered September 16, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Lau, J.